1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  RACHEL W. HILL, Bar #151522
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  ISRAEL HIDALGO

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           )   No. 1:11-CR-00359 LJO
                                        )
12            *Plaintiff,*              )   STIPULATION TO CONTINUE STATUS
                                        )   CONFERENCE HEARING; ORDER
13     v.                               )
                                        )
14  ISRAEL HIDALGO,                     )   Date : February 13, 2012
                                        )   Time:  1:00 P.M.
15            *Defendant.*              )   Judge: Hon. Lawrence J. O'Neill
    _____)
16

17       **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

18  attorneys of record herein, that the status conference in the above-entitled matter scheduled for January 9,

19  2012, **may be continued to February 13, 2012, at 1:00 P.M.**

20       This continuance is requested by counsel for the defendant. The defense has requested from the

21  government additional discovery which may impact any proposed plea agreement and/or sentencing

22  issues. The government has requested the sought-after discovery from outside agencies, including the

23  Mexican Consulate in Mazatlan. The requested continuance should provide sufficient time for the

24  information to be received by the government and forwarded to the defense. Counsel will then need time

25  to review and discuss the discovery with client, who is presently housed at the Lerdo Detention Facility,

26  before any productive hearing can be had. AUSA Michele Thielhorn has no objection to this request. The

27  requested continuance will conserve time and resources for both counsel and the court.

28  ///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2   justice, including but not limited to, the need for the period of time set forth herein for further defense

3   preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

4                                                    BENJAMIN B. WAGNER
                                                     United States Attorney
5

6   DATED: January 4, 2012                           /s/ Michele Thielhorn
                                                     MICHELE THIELHORN
7                                                    Assistant United States Attorney
                                                     Attorney for Plaintiff
8

9                                                    DANIEL J. BRODERICK
                                                     Federal Defender
10

11  DATED: January 4, 2012                           /s/ Rachel W. Hill
                                                     RACHEL W. HILL
12                                                   Assistant Federal Defender
                                                     Attorney for Defendant
13                                                   ISRAEL HIDALGO

14

15                                        **O R D E R**

16          For the reasons set forth above, the continuance requested is granted for good cause and the Court

17  finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

18

19

20

21

22  IT IS SO ORDERED.

23  **Dated:    January 5, 2012**                    /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE
24

25

26

27

28  Stipulation to Continue Status Conference
    Hearing; [Proposed] Order                              2