| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | RACHEL W. HILL, Bar #151522 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | ISRAEL HIDALGO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:11-CR-00359 LJO |
|---|---|
| | ) |
| *Plaintiff,* | ) STIPULATION TO CONTINUE STATUS |
| | ) CONFERENCE HEARING; ORDER |
| v. | ) |
| | ) |
| ISRAEL HIDALGO, | ) Date : February 27, 2012 |
| | ) Time: 8:30 A.M. |
| *Defendant.* | ) Judge: Hon. Lawrence J. O'Neill |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference in the above-entitled matter scheduled for February 13, 2012, **may be continued to February 27, 2012, at 8:30 A.M.**

This continuance is requested by counsel for the defendant. The defense anticipates entering a change of plea; however, defendant has additional matters he would like to discuss with counsel in advance of the hearing and/or entering plea. Defendant is housed in Lerdo, and the first available time for transportation of the defendant for an interview with his counsel is February 22, 2012. AUSA Michele Thielhorn has no objection to this request. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

1 | The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2 | justice, including but not limited to, the need for the period of time set forth herein for further defense
3 | preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: February 10, 2012      /s/ Michele Thielhorn
                              MICHELE THIELHORN
                              Assistant United States Attorney
                              Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED:  February 10, 2012     /s/ Rachel W. Hill
                              RACHEL W. HILL
                              Assistant Federal Defender
                              Attorney for Defendant
                              ISRAEL HIDALGO

**O R D E R**

For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:   February 10, 2012**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                    2